[No. 1,053.]

THE STATE OF NEVADA, RESPONDENT, *v.* THE CALIFORNIA MINING CO. ET AL., APPELLANTS.

SPECIAL LAW.—(See *State* v. *Con. Virginia M. Co.*, *ante*, 432.)

*C. J. Hillyer & B. C. Whitman*, for Appellants.

*Lewis & Deal* and *M. A. Murphy*, Attorney General, for Respondent.

By the Court, LEONARD, C. J.:

The questions involved in this case are the same, substantially, as those decided in the case of the *State* v. *The Consolidated Virginia Mining Company et al.* (No. 1052), and upon the authority of that decision, as well as that in the case of the *State* v. *The California Mining Company et al.*, 15 Nev. 240, the judgment appealed from is affirmed.

BELKNAP, J., having been of counsel in the court below, did not participate in the foregoing decision.